UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS VALEZ, et al., | Case No.: 10-CV-05052-LHK |
| Plaintiffs, | ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| ENTERPRISE PROTECTIVE SERVICES, INC., ARMAND ARANDA, AND DOES 1-10, | |
| Defendants. | |

In this action, Plaintiffs, who are represented by counsel, filed their Complaint on November 10, 2010, but have yet to serve Defendants with the Summons and the Complaint. Counsel for Defendants has yet to appear. In light of Plaintiffs' failure to serve Defendants, the Initial Case Management Conference scheduled for February 16, 2011 is continued to Wednesday, March 16, 2011 at 2:00 p.m. Plaintiffs are reminded that, under Federal Rule of Civil Procedure 4(m), failure to timely serve Defendants may result in dismissal of this entire action.

**IT IS SO ORDERED.**

Dated: February 10, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-05052-LHK
ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE