UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS VALEZ, et al., | Case No.: 10-CV-05052-LHK |
| Plaintiffs, | ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| ENTERPRISE PROTECTIVE SERVICES, INC., ARMAND ARANDA, AND DOES 1-10, | |
| Defendants. | |

In this action, Plaintiffs, who are represented by counsel, filed their Complaint on November 10, 2010. The Initial Case Management Conference was scheduled for February 16, 2011, but was continued to Wednesday, March 16, 2011 at 2:00 p.m. due to Plaintiffs' failure to serve Defendants. Plaintiffs, again, seek a continuance of the Initial Case Management Conference because they "were unable to serve the Defendants in this matter until 3/1/2011." Plaintiffs provide no explanation for their lengthy delay in serving Defendants. The Court is disinclined to grant another continuance. However, as Defendants have only recently been served and have not yet appeared, the request for a continuance is granted. The Initial Case Management Conference is continued to Wednesday, May 4, 2011. Counsel for Plaintiffs should be aware that further unexplained delays may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 11, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05052-LHK
ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE