United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JESUS VALEZ, et al., | ) | Case No.: 10-CV-05052-LHK |
| Plaintiffs, | ) | ORDER CONTINUING CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| ENTERPRISE PROTECTIVE SERVICES, INC., ARMAND ARANDA, AND DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

In light of the May 2, 2011 Clerk's notice of entry of default [dkt. #13], the Court continues the scheduled May 4, 2011 case management conference to Wednesday, June 1, 2011 at 2:00 p.m. The further case management conference statement is due by Wednesday, May 25, 2011.

The deadline for Plaintiffs to file their motion for entry of default judgment is Friday, May 20, 2011. In the event Plaintiffs do file and notice such a motion for hearing, the Court will continue the June 1, 2011 case management conference to the date of the motion hearing. Otherwise, the June 1, 2011 case management conference will proceed as scheduled.

**IT IS SO ORDERED.**

Dated: May 2, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05052-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE