**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS VALEZ, et al., ) | Case No.: 5:10-CV-05052-LHK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER DISMISSING ACTION |
| ) | |
| ENTERPRISE PROTECTIVE SERVICES, INC.) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

On August 8, 2011, the Court denied Plaintiffs' motion for entry of default judgment

without prejudice and granted Plaintiff leave to submit a renewed motion for entry of default

judgment within 30 days of that Order.  *See* ECF No. 21.  To date, Plaintiffs have not renewed their

motion for entry of default judgment.  Accordingly, this case is dismissed.  The Clerk shall close

the file.

**IT IS SO ORDERED.**

Dated: January 11, 2012

_Lucy H. Koh_____

LUCY H. KOH
United States District Judge

1

Case No.: 10-cv-05052-LHK
ORDER DISMISSING ACTION